IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                     Case No. 6:16-cr-60023

CONNIE COX                                                                      DEFENDANT

## ORDER

Defendant Connie Cox filed a motion for a reduction of her sentence pursuant to Section 603 of the First Step Act of 2018, regarding eligible elderly and terminally ill offenders. ECF No. 43. Since the filing of that motion, Defendant has been released to home confinement through the Bureau of Prisons. Thus, Defendant filed the instant motion (ECF No. 49) asking the Court to "[d]ismiss her petition without prejudice." The Court finds that the motion (ECF No. 49) should be and hereby is **GRANTED**. Defendant's petition filed pursuant Section 603 of the Frist Step Act of 2018 (ECF No. 43) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of August, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge